UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Galo Patricio Lima Herrera,

Petitioner,

-against-

"HAYNES," Warden of Detention Facility ) At 26
Federal Plaza, New York, NY. ) Todd Lyons,
Acting Director of U.S. Immigration ) and Customs
Enforcement (ICE), Marcos Charles ) acting
Executive Associate Director for ICE )
Enforcement and Removal Operations (ERO) )
William P. JOYCE, in his official capacity as )
Deputy Field Office Director of New York )
Rodney S. SCOTT, in his official capacity as the )
Commissioner of U.S. Customs and ) Border
Protection (CBP) ) Immigration and Customs
Enforcement; Kristi ) NOEM, in her official
capacity as Secretary of ) Homeland Security, and
Pamela BONDI, in her ) official capacity as
Attorney General of the United ) States, in their
official capacities, President Donald ) J. Trump in
his personal and official capacity,

Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _1/13/2026_ |

26 Civ. 266 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: January 13, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge