**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GALO PATRICIO LIMA HERRERA,

                              Petitioner,                    26 **CIVIL** 0266 (AT)

        -against-                                            **JUDGMENT**

"HAYNES," Warden of Detention Facility At 26
Federal Plaza, New York, NY.; Todd Lyons,
Acting Director of U.S. Immigration and
Customs Enforcement (ICE); Marcos Charles
acting Executive Associate Director for ICE
Enforcement and Removal Operations (ERO);
William P. JOYCE, in his official capacity as
Deputy Field Office Director of New York;
Rodney S. SCOTT, in his official capacity as the
Commissioner of U.S. Customs and Border
Protection (CBP) Immigration and Customs
Enforcement; Kristi NOEM, in her official
capacity as Secretary of Homeland Security; and
Pamela BONDI, in her official capacity as
Attorney General of the United States, in their
official capacities; President Donald J. Trump in
his personal ai1d official capacity,

                              Respondents.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 23, 2026, the Petition is GRANTED. Respondents are

ordered to immediately release Lima Herrera from custody.

**DATED:** New York, New York
        January 27, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                        BY:
                                        _____
                                        **Deputy Clerk**